| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  JEAN M. HOBLER<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA  95814<br>4  Telephone: (916) 554-2700<br>   Facsimile: (916) 554-2900 | **FILED**<br>MAR 17 2014<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Search of:<br><br>348 San Fernando Avenue<br>Stockton, California | CASE NO. 2:13-SW-0225 EFB<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 3/17/14

_____
HON. DALE A. DROZD
U.S. Magistrate Judge